# UNITED STATES DISTRICT COURT
for the

Eastern District of Tennessee

United States of America
v.

Kenneth A. Smith

Case No: 1:11-cr-73

USM No: 18331-074

Date of Original Judgment: 9/5/2012
Date of Previous Amended Judgment:
*(Use Date of Last Amended Judgment if Any)*

Elizabeth Ford
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 78 months **is reduced to** 63.

*(Complete Parts I and II of Page 2 when motion is granted)*

Terminate Court File No. 337, 340

Except as otherwise provided, all provisions of the judgment dated 09/05/2012 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 06/04/2015  /s/
*Judge's signature*

Effective Date: 11/2/2015  U.S. District Judge Curtis Collier
*(if different from order date)*  *Printed name and title*